J. Robert Miller, Huntsville, Ala., for defendants-appellees.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC 5 Cir., 1972, 456 F. 2d 799.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

---

Arthur **HARVEY**, who sues as assignee of Craig Phelps, Trustee in Bankruptcy of the bankrupt estate of Copymation, Inc., a corporation, Plaintiff-Appellant,

v.

**REPRO SERVICES, INC.**, a corporation, and William A. League, Jr., Defendants-Appellees.

No. 71-2553.

United States Court of Appeals, Fifth Circuit.

March 20, 1972.

Harvey Elrod, Decatur, Ala., for plaintiff-appellant.

John Wesley **GAY**, Petitioner-Appellant,

v.

Arthur K. **BOLTON**, Respondent-Appellee.

No. 72-1623
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 10, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

Fox v. Dutton, 5th Cir. 1968, 406 F.2d 123, cert. denied 395 U.S. 916, 89 S.Ct. 1764, 23 L.Ed.2d 229.

---

\* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. Appellant, although on parole from his state sentences, has an available state remedy under Section 50-127, Ga.Code Ann.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.